ORIGINAL

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA  2006 FEB 10 PM 1: 25

DUBLIN DIVISION

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JUDLIN NATHANIEL MORTIMER, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-152 |
| MCRAE CORRECTIONAL FACILITY et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** without prejudice.

SO ORDERED this 10th day of February, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE